Case 5:21-cv-03762-NC  Document 7  Filed 06/11/

**FILED**
Jun 11 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LEE BREINER, <br> Petitioner, <br> v. <br> WARDEN M. POLLARD. <br> Respondents. | Case No. 21-03762 NC (PR) <br><br> **ORDER OF TRANSFER** |

Petitioner, a state prisoner at R.J. Donovan State Prison in San Diego, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges his state conviction from the Superior Court of Modoc County. Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). However, petitions challenging a conviction or sentence are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, because petitioner challenges a conviction from Modoc County, the Eastern District of California is the district of conviction.

Case No. 21-03762-NC (PR)
ORDER OF TRANSFER

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: June 11, 2021

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 21-03762-NC (PR)
ORDER OF TRANSFER